# UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT ORDER/MINUTES**

## U.S. MAGISTRATE JUDGE JARED M. STRAUSS - FORT LAUDERDALE, FLORIDA (VIA ZOOM)

| | |
|---|---|
| DEFT:   ROSS CHARNO (J)#26371-104 | CASE NO:   20-6255-STRAUSS |
| AUSA:   (S. STRAUSS DUTY AUSA)<br>USPO: | ATTY:   BRIAN BIEBER, A. SARANGOULIS IN PERSON<br><br>VIOL:   **18:U.S.C.§ 1343, 1344, 1349** |
| PROCEEDING:   INITIAL APPEARANCE ON A<br>REMOVAL FROM ND/OHIO | RECOMMENDED BOND: |

BOND/PTD HEARING HELD   yes / no          COUNSEL APPOINTED:

BOND SET @:   $150,000 PSB          To be cosigned by:

☑ All standard conditions

☑ Do not encumber property.

☑ Surrender and / or do not obtain passports / travel documents.

☑ Rpt to PTS as directed / or _ x's a week/month by phone; _ x's a week/month in person.

☑ Random urine testing by Pretrial Services. _____
Treatment as deemed necessary.

☑ Maintain or seek full - time employment.

☑ No contact with victims / witnesses. CO-DEFT JAMES STOTE

☑ No firearms.

☐ Electronic Monitoring:

☑ Travel extended to: SD/FL + ND/OHIO

☑ Other: CONTINUE TO RESIDE AT CURRENT ADDRESS.

**PRESENT APPEARING BY VIDEO**

**SWORN/TEST CONSENTS TO APPEAR BY VIDEO**

**ADVISED OF CHARGES. ATTORNEYS BIEBER AND**

**SARANGOULIS APPEARED IN PERSON IN COURTROOM**

**GOVERNMENT RECOMMENDS BOND OF $150,000 PSB**

**COURT ACCEPTS BOND RECOMMENDATION SETS BOND**

**$150,000 PSB. DEFENDANT WAIVED REMOVAL, SIGNED**

**WAIVER IN LOCK UP. ORDER OF REMOVAL SIGNED**

**TO APPEAR IN NORTHERN DISTRICT OF OHIO WHEN**

**ORDERED. PLEASE REFER TO BOND FOR SPECIAL**

**CONDITIONS **

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| REPORT RE<br>COUNSEL: | | | | |
| **PTD/BOND**<br>**HEARING:** | | | | |
| **ARRAIGN** OR REMOVAL: | | | | |
| **PRELIM/EXAM HRG** | | | | |

| | | | | |
|---|---|---|---|---|
| **06/26/20** | TIME:   **11:00 AM**   FTL/TAPE/#<br>JMS- | | Begin   **DAR:** | |

[30 MINUTES] *** RECORDED BY ZOOM **
***THE TIME FROM TODAY THROUGH THE RE-SCHEDULED DATE IS EXCLUDED FROM THE DEADLINE FOR TRIAL AS
COMPUTED UNDER THE SPEEDY TRIAL ACT *** (YES OR NO) DAR:11:29:10-11:58:18