# UNITED STATES DISTRICT COURT
## FOR THE
### SOUTHERN DISTRICT OF FLORIDA

Case No: 20-6255-STRAUSS
Your Case No: 20-MJ-4216-JDG

**United States of America**

vs

**WAIVER OF REMOVAL HEARING**

Ross Charno

I, **Ross Charno** charged in a proceeding on a **Complaint filed in the Northern District of Ohio in violation of 18:U.S.C.§1343, 1344 and 1349 and** having been arrested in the **Southern District of Florida (Fort Lauderdale)** and taken before **United States Magistrate Judge Jared M. Strauss**, for that district, who informed me of the charge and of my right to retain counsel or request the assignment of counsel if I am unable to retain counsel, and to have a removal hearing or execute a waiver thereof, do hereby waive a hearing before the aforementioned Magistrate Judge and consent to the issuance of a Warrant for my Removal to the **Northern District of Ohio** where the aforesaid charge is pending against me.

June 26th, 2020

x_____
Signature of defendant

_____
Jared M. Strauss
United States Magistrate Judge (6/26/20)

cc: All Counsel